QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

**OK/HAV**

Attorney for Defendant
COREY LYNN BINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>       v.                               )<br>                                        )<br>COREY LYNN BINGHAM,                     )<br>                                        )<br>                                        )<br>            Defendant.                  )<br>_____ | No. CR-S-05-0089 DFL<br><br>STIPULATION AND [PROPOSED ORDER]<br><br>Date: June 23, 2005<br>Time: 10:00 A.M.<br><br>Judge: Hon. David F. Levi |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILLIP TALBERT, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 2, 2005 be vacated and a new Status Conference date of June 23, 2005 at 10:00 a.m. be set.

    Defense counsel was just newly substituted into this cases and only recently received discovery from the government.  Additionally, defense counsel will be out of state on the current status conference date.

///

1    It is further stipulated and agreed between the parties that the
2 period beginning June 2, 2005 to June 23, 2005, should be excluded in
3 computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
8 of justice to be served by a continuance outweigh the best interests of
9 the public and the defendant in a speedy trial.

10 Dated: June 1, 2005

11                                    Respectfully submitted,

12                                    QUIN DENVIR
                                      Federal Defender
13

14                                         /S/LINDA HARTER_____
                                      LINDA HARTER
15                                    Assistant Federal Defender
                                      Attorney for Defendant
16                                    COREY LYNN BINGHAM

17
                                      MCGREGOR W. SCOTT
18                                    United States Attorney

19
Dated: June 1, 2005
20                                    BY:____/S/PHILLIP TALBERT__
                                      PHILLIP TALBERT
21                                    Assistant U.S. Attorney

22

23

24

25

26

27

28 Stipulation and Order/Corey Bingham/Cr-S-05-089

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 6/2/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Frederico Pizano/Cr-S-05-174 DFL