```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```
**OK/HAV**

Attorney for Defendant
COREY LYNN BINGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR-S-05-0089 DFL |
| Plaintiff,      ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v.                             ) | |
| ) | Date: September 1, 2005 |
| COREY LYNN BINGHAM,               ) | Time: 10:00 A.M. |
| ) | Judge: Hon. David F. Levi |
| Defendant.    ) | |

_____

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILLIP TALBERT, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 14, 2005 be vacated and a new Status Conference date of September 1, 2005 at 10:00 a.m. be set.

   The continuance is requested because the parties continue to work towards a resolution of the case and defense counsel needs additional time to conduct further investigation.

///

///

1    It is further stipulated and agreed between the parties that the
2 period beginning July 14, 2005 to September 1, 2005, should be excluded
3 in computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
8 of justice to be served by a continuance outweigh the best interests of
9 the public and the defendant in a speedy trial.

10 Dated: June 29, 2005

11                                        Respectfully submitted,

12                                        QUIN DENVIR
                                          Federal Defender
13

14                                        _____/S/LINDA HARTER_____
                                          LINDA HARTER
15                                        Assistant Federal Defender
                                          Attorney for Defendant
16                                        COREY LYNN BINGHAM

17
                                          MCGREGOR W. SCOTT
18                                        United States Attorney

19
Dated: June 29, 2005
20                                        BY:____/S/PHILLIP TALBERT__
                                          PHILLIP TALBERT
21                                        Assistant U.S. Attorney

22

23

24

25

26

27

28 Stipulation and Order/Corey Bingham/Cr-S-05-089

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 6/29/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Corey Bingham/Cr-S-05-089 DFL

3