# RECOMMENDATION TERMINATING SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**FILED**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

JUN 1 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:05CR00089-01 |
| ) | |
| Corey Lynn BINGHAM ) | |

## LEGAL HISTORY:

On December 15, 2005, the above-named was sentenced to 34 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on February 25, 2008. Special conditions included: Warrantless search; Drug/alcohol treatment program/testing; Mental health treatment; Co-payment plan for treatment/testing.

## SUMMARY OF COMPLIANCE:

Mr. Bingham has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Bingham has derived maximum benefit from supervision and is not in need of continued supervision.

RE: Corey Lynn BINGHAM
Docket Number: 2:05CR00089-01
RECOMMENDATION TERMINATING
<u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

          Respectfully submitted,

          /s/ Wendy E. Reyes
          **WENDY E. REYES**
          **United States Probation Officer**

Dated:   May 19, 2010
      Elk Grove, California
      WER/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
           **DEBORAH A. SPENCER**
           **Supervising United States Probation Officer**

cc:   AUSA Philip Talbert (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                              )<br>)<br>**Corey Lynn BINGHAM**                  )<br>) | **Docket Number: 2:05CR00089-01** |

On February 25, 2008, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES
United States Probation Officer**

Dated:   May 19, 2010
         Elk Grove, California
         WER/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                 **DEBORAH A. SPENCER
                 Supervising United States Probation Officer**

RE: Corey Lynn BINGHAM
Docket Number: 2:05CR00089-01
ORDER TERMINATING SUPERVISED RELEASE
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

6-10-2010
Date

John A. Mendez
United States District Judge

WER/cj

Attachment: Recommendation

cc: United States Attorney's Office